E-FILED: 5-31-2011

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY MARQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST PREMIER BANK OF SOUTH DAKOTA and PREMIER BANKCARD,<br><br>Defendants. | Case No.: CV10 6898 GHK (OPx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Courtroom: 650<br>Judge:    Hon. George H. King<br>Complaint filed: September 16, 2010 |

1    Having reviewed the Stipulation to Continue Hearing Date for Plaintiff's
2 Motion for Reconsideration, and the declaration submitted in support thereof, and
3 good cause appearing, IT IS HEREBY ORDERED THAT:
4    The hearing on Plaintiff's Motion for Reconsideration will be ~~continued to~~
5 ~~June 27, 2011~~ **VACATED. The matter will be taken under submission for**
6 **decision without oral argument on June 13, 2011. No appearance is required.**
7    IT IS SO ORDERED.

Dated: May 30, 2011

_____
Hon. George H. King
United States District Court Judge